# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:22-cr-0111-01 |
| v. | ) | |
| | ) | Judge Charles E. Atchley, Jr. |
| | ) | |
| ALEXANDER PAUL SANSON | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## <u>ORDER</u>

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three of the three-count Indictment; (2) accept Defendant's guilty plea as to Count Three; (3) adjudicate the Defendant guilty of Count Three; (4) defer a decision on whether to accept the plea agreement (Doc. 15) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 21).  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 21) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three;

4. A decision on whether to accept the plea agreement (Doc. 15) is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 27, 2023 at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**